# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GITY RASSOULI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MACY'S CORPORATE SERVICES, INC., and DOES 1 to 20,<br><br>　　　　Defendant. | Case No. Case No. 8:15-cv-01568 CJC (RAOx)<br><br>**ORDER ON STIPULATION TO REMAND CASE TO SUPERIOR COURT** |

Upon consideration of the parties' stipulation, it is hereby ordered that this action is REMANDED to the Superior Court of California, County of Orange (Case No. 30-2015-00797017-CU-PO-CJC). Each party shall bear their own costs and attorneys' fees incurred in connection with the removal of this action and other proceedings in this Court.

**IT IS SO ORDERED.**

Dated: October 20, 2015          By: _____
　　　　　　　　　　　　　　　　　　Hon. Cormac J. Carney
　　　　　　　　　　　　　　　　　　United States District Judge

1
**ORDER ON STIPULATION TO REMAND CASE TO SUPERIOR COURT**